HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARC CHRISTOPHER TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-186 TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| MARC CHRISTOPHER TURNER, | Date: July 27, 2017<br>Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Matthew C. Bockmon, attorneys for Marc Christopher Turner, stipulate that the status conference scheduled for July 27, 2017, at 9:30 a.m., be vacated and the matter continued to September 21, 2017, at 9:30 a.m., for further status conference.

Counsel for Defendant Marc Turner had an unexpected medical surgery on May 5, 2017. Counsel for Mr. Turner has been on extended medical leave and his expected to return August 7, 2017. Therefore, additional time is required to review discovery, investigate the facts of this case, and hold discussions with his client in furtherance of a resolution.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including September 21, 2017; pursuant to 18 U.S.C.

Stipulation and Order                    -1-

§3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: July 25, 2017

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Linda C. Allison for*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for MARC CHRISTOPHER TURNER

DATED: July 25, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Matthew Morris*
MATTHEW MORRIS
Assistant United States Attorney
Attorney for Plaintiff

Stipulation and Order

-2-

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including September 21, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the July 27, 2017 status conference shall be continued until September 21, 2017, at 9:30 a.m.

DATED: July 25, 2017

Troy L. Nunley
United States District Judge