| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW C. BOCKMON, #161566 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | MARC CHRISTOPHER TURNER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:16-cr-186 TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE |
| v. | ) |
| MARC CHRISTOPHER TURNER, | ) Date: February 8, 2018 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Troy L. Nunley |
| | ) |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Matthew C. Bockmon, attorneys for Marc Christopher Turner, stipulate that the status conference scheduled for February 8, 2018, at 9:30 a.m., be vacated and the matter continued to March 1, 2018, at 9:30 a.m., for further status conference.

Defense counsel requires additional time to review discovery with the defendant and pursue investigation, as well as continue negotiations toward a non-trial disposition.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including March 1, 2018; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and Order                                    -1-

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: February 6, 2018

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for MARC CHRISTOPHER TURNER

DATED: February 6, 2018

MCGREGOR W. SCOTT
United States Attorney

*/s/ Matthew Morris*
MATTHEW MORRIS
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 1, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the February 8, 2018 status conference shall be continued until March 1, 2018, at 9:30 a.m.

DATED: February 6, 2018

Troy L. Nunley
United States District Judge