McGREGOR W. SCOTT
United States Attorney
MATTHEW G. MORRIS
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-00186-TLN |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| MARC CHRISTOPHER TURNER, | |
| Defendant. | |

WHEREAS, on April 19, 2018, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Marc Christopher Turner forfeiting to the United States the following property:

    a.   Lenovo Laptop Serial Number CB22782496;

    b.   Hard disk drive Serial Number S1AKJD9S613590;

    c.   Hard disk drive Serial Number WX80EC9TX431;

    d.   LG cellphone Serial Number 411KPYR571074;

    e.   Samsung cellphone, FCC ID: A3LSGHT399;

    f.   Samsung cellphone, FCC ID: A3LSCHI545 with (2) SD cards;

    g.   Samsung cellphone, FCC ID: A3LSMG530T; and

    h.   Samsung cellphone, Serial Number A000002FADE7D6.

AND WHEREAS, beginning on April 24, 2018, for at least 30 consecutive days, the United

1

States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.      A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Marc Christopher Turner.

2.      All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.      The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 3rd day of October, 2018.


Troy L. Nunley
United States District Judge

Final Order of Forfeiture